# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AGUAYO,<br><br>                                    Plaintiff,<br>  v.<br><br>U.S. BANK,<br><br>                                  Defendant. | CASE NO: 08-CV-2139 W (LSP)<br><br>**ORDER EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING** |

Pending before the Court is the parties' joint motion for an extension of time for Defendant to file its responsive pleading. Good cause appearing, the Court **GRANTS** the joint motion (Doc. No. 8). Defendant shall file the responsive pleading by **January 9, 2009.**

**IT IS SO ORDERED.**

DATED: December 19, 2008

                                                          Hon. Thomas J. Whelan
                                                          United States District Judge