JAMES R. McGUIRE (BAR NO. 189275)
Email: JMcGuire@mofo.com
LAUREN WROBLEWSKI (BAR NO. 291019)
Email: LWroblewski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

SYLVIA RIVERA (BAR NO. 223203)
Email: SRivera@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION,
*Erroneously sued as*
"US BANK"

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AGUAYO, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. BANK, a business entity form unknown, and DOES 1-30, inclusive,<br><br>　　　　Defendants. | Case No.  08-cv-02139 W (BLM)<br><br>**U.S. BANK'S STATEMENT OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Thomas J. Whelan |

U.S. BANK'S STAT. OF NON-OPP.　　　　　　　　　　　　　　　　　　　　CASE NO. 08-CV-02139 W (BLM)
sf- 3728428

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant U.S. Bank National Association does not oppose Plaintiff Jose Aguayo's Motion for Preliminary Approval of Class Action Settlement.

Dated: January 10, 2017            MORRISON & FOERSTER LLP

By:   /s/ *James R. McGuire*
     James R. McGuire

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 10, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.2.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By:   */s/ James R. McGuire*
      James R. McGuire